IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KALVIN MCCULLOUGH, | : | Civil No. 3:17-cv-1780 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| LAWRENCE MAHALLY, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 17th day of January, 2020, upon consideration of Defendants' motion (Doc. 13) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 13) **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge